FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 21 2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br> Devore, Jason Edwin<br>  Defendant. | Case No.: CR 02-1099-ABC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Backgrd, comty ties unknown due to failure to interview; bail resources unknown; assoc w/multiple personal identifiers; substance___

1  abuse history; nature of alleged evidence a lack of
2  amenability to supervision
3  and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7      finding is based on ___criminal history record; substance
8      abuse history___
9
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  __3/21/12__
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE